UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAMON MARISCAL ALVAREZ,<br><br>              Plaintiff,<br><br>  v.<br><br>ZAGARY Z. HELMS, Yakima Police Officer; and THOMAS JEFFERSON, Yakima Police Officer,<br><br>              Defendants. | NO: 2:20-CV-0085-TOR<br><br>ORDER CLOSING FILE, DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's purported Complaint (ECF No. 1) and the Clerk's Notice of Deficient Filing (ECF Nos. 2, 3). Having reviewed the file and the records contained therein, the Court is fully informed.

On March 2, 2020, Plaintiff filed a Complaint accompanied by an attachment, Civil Cover Sheet, and Proposed Summons. ECF No. 1. The Complaint was not accompanied by the required filing fee or an Application to Proceed in District Court without Prepaying Fees or Costs. The Clerk of Court provided notice of this deficiency to Plaintiff and warned him that the case is

ORDER CLOSING FILE, DISMISSAL WITHOUT PREJUDICE ~ 1

subject to dismissal unless the fee or application was filed by March 16, 2020. ECF Nos. 2, 3. Plaintiff was also advised that he did not properly sign his Complaint. The first Notice of Deficiency included a form Application to Proceed *In Forma Pauperis*, as well as a Complaint signature page. Plaintiff obviously receive the Notice because on March 9, 2020, he returned the signature page to his Complaint. ECF No. 4. Plaintiff did not comply with the filing fee or application to proceed *in forma pauperis.*

Payment of a filing fee is required to institute a suit in the United States District Courts, 28 U.S.C. § 1914, while the *in forma pauperis* statute allows the courts to waive the filing fee for indigent persons, 28 U.S.C. § 1915. Failure to comply with either provision for instituting a suit warrants dismissal of the action. *See Rodriguez v. Cook*, 169 F.3d 1176 (9th Cir. 1999) (appeal dismissed for failure to pay the filing fee or be eligible for *in forma pauperis* status).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

This action is **DISMISSED without Prejudice.** The District Court Executive is hereby directed to enter this Order and Judgment accordingly, furnish copies to Plaintiff at his last known address, and **CLOSE** the file.

DATED March 24, 2020.



THOMAS O. RICE
Chief United States District Judge

ORDER CLOSING FILE, DISMISSAL WITHOUT PREJUDICE ~ 2